FILED BY _____ D.C.

MAY 10 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

16 cr 80018·001

GREETINGS HONORABLE ROBIN L. ROSENBERG

Case No. 16-80018

MY NAME IS LAVAUNE PALMER _____, I WAS

REPRESENTED BY ~~Rich~~ ROBERT ADLER ON MY RE-ENTRY

CASE. I WAS SENTENCED ON 05-02-2016 TO 21

MONTHS.

I WRITE TO YOU TO RAISE ISSUES ON MY

COUNSEL AND MY SENTENCING. I SIGNED A

PLEA WHICH WAS NOT THOROUGHLY EXPLAINED TO

ME BY MY ATTORNEY. I WAS PRESENTED THE PLEA

ON THE DAY BEFORE I ENTERED MY PLEA. AS I

REQUESTED, MY ATTORNEY DID NOT RAISE ANY

OBJECTIONS ON MY PRE-SENTENCE INVESTIGATION

REPORT. AT MY HEARING MY ATTORNEY DID NOT

ARGUE ON MY PAST CHARGES NOT BEING

AGGRAVATED FELONIES BASED ON RULINGS ON

JOHNSON V. UNITED STATES. THE ENHANCEMENT

POINTS CAUSES MY GUIDELINES TO GO UP.

I DON'T DISPUTE MY PHYSICAL PRESENCE ON

THE DAY OF THE INCIDENT.

Your Honor I respect the judicial process, but I want to point out an observation of mine. I notice a great disparity in sentencing for immigrants, specifically on my case. I do know that all cases are not similar, but the disparity is greater then the fairness of the justice system.

Your Honor I respectfully request a review of my case by another attorney to adequately represent me.

THANK YOU

Truly Yours

LAVANCE PALMER    0436466

FOREVER USA

WEST PALM BCH FL 334

09 MAY 2016 PM 5 L

Lawrence Palom 0436466
PbCJ
PO Box 24716
West Palmbeach, Fl 33416

US Courthouse
Hon. Judge Robin L Rosenberg
701 Clematis St
West Palmbeach, Fl 33406

33401510155