UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-CR-80018-RLR**

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

vs.

**OTIS KEVIN CUNNINGHAM**,

    *Defendant*.

_____/

### DEFENDANT CUNNINGHAM'S NOTICE OF REMAINING ISSUES TO BE RESOLVED AT SENTENCING

Defendant, OTIS KEVIN CUNNINHAM, through counsel, files this Notice of Remaining Issues to Be Resolved at Sentencing with respect to the Defendant's substantive case 16-CR-80018-RLR and the Defendant's violation of supervised release, 16-TP-80013-RLR, as follows:

1. The Probation Officer has filed an Addendum to the Presentence Investigation Report setting forth the objections and his response. (D.E. 122-1). In that response, the Probation Officer sets forth the following:

    a. The issue whether Defendant has several prior arrests has been resolved. Defendant does not have several prior arrests.

    b. The issue whether the proposed sentencing guidelines are 18 to 24

months has been resolved.

    c.    The issue whether the sentence on the supervised release violation must be consecutive has also been resolved.  The Court may impose a concurrent sentence.

    2.    There is no factual issue that needs to be resolved.

WHEREFORE, Defendant respectfully files this Notice of Remaining Issues.

    Respectfully submitted,
    SCOTT W. SAKIN, P.A.
    CJA Counsel for Otis Kevin Cunningham
    519 South Andrews Avenue
    Fort Lauderdale, Florida 33301-2831
    (954) 779-7879 Tel. / (954) 463-3604 Fax.

    By: __/s Scott W. Sakin_____
        SCOTT W. SAKIN
        Florida Bar No. 349089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Remaining Issues to Be Resolved at Sentencing was filed electronically with the Clerk of the Court through the CM/ECF system and copies of same distributed to all counsel of record and all known interested parties on this 28th day of June, 2016.

    By: __/s Scott W. Sakin_____
        SCOTT W. SAKIN
        Florida Bar No. 349089